JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDUARDO TORRES,

    Petitioner,

vs.

GARY S. SANDOR, Warden, et al.,

    Respondent.

Case No. CV 12-5375-JFW (RNB)

**JUDGMENT**

In accordance with the Order Denying Petitioner's Stay-and-Abeyance Motion and Summarily Dismissing Petition for Writ of Habeas Corpus without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 30, 2012

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE