ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO TORRES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GARY S. SANDOR, Warden, et al.,<br><br>　　　　Respondent. | Case No. CV 12-5375-JFW (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Denying Petitioner's Stay-and-Abeyance Motion and Summarily Dismissing Petition for Writ of Habeas Corpus without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 30, 2012

　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE